# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ENRIQUE ORTIZ,<br><br>        Defendant. | No. CR09-1011-LRR<br><br>ORDER |

---

The matter before the court is the defendant's motion for return of property (docket no. 59) and motion for resentencing (docket no. 60). The defendant filed both motions on April 23, 2010.

With respect to the former motion, the defendant did not rely on a particular rule or statute that authorizes the return of his property. *See, e.g.*, Fed. R. Crim. P. 41(g). Nonetheless, the court deems it appropriate to have the government respond to the defendant's request for the return of his property. The government shall file a resistance by no later than May 17, 2010.

Concerning the latter motion, the defendant is unable to rely on 18 U.S.C. § 3582(c)(1)(A)(i) because the Director of the Bureau of Prisons did not file a motion on his behalf, he does not point to "extraordinary and compelling reasons" that indicate a reduction is warranted and the Supreme Court decided *Florex-Figueroa v. United States*,

129 S. Ct. 1886 (2009), before the court sentenced him. Accordingly, the defendant's motion for resentencing shall be denied.

**IT IS THEREFORE ORDERED**:

(1) The government is directed to file a resistance to the motion for return of property by no later than May 17, 2010.

(2) The defendant's motion for resentencing (docket no. 60) is denied.

**DATED** this 26th day of April, 2010.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA